UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 11 AM 10: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Pedro GUZMAN-Pineda,<br><br>    Defendant | Magistrate Docket No. '08 MJ 2477<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **August 8, 2008** within the Southern District of California, defendant, **Pedro GUZMAN-Pineda,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **AUGUST, 2008**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

8/8/08

CONTINUATION OF COMPLAINT:
Pedro GUZMAN-Pineda

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 8, 2008, Border Patrol Agent G. Toups was assigned to Border Patrol Operations in the vicinity of Jamul, California. Agent Toups was patrolling the area commonly known as Deerhorn Valley. This area is very desolate and is located approximately seven miles west of the Tecate, California Port of Entry and approximately six miles north of the United States/Mexico International Border Boundary.

At approximately 5:00 p.m., Agent Toups responded to a citizen's call of two illegal aliens walking in the brush towards the intersection of Deerhorn Valley Road and Mother Grundy Truck Trail in Jamul, California. Upon arriving to the area, Agent Toups observed two individuals walking north towards the intersection of Deerhorn Valley Road and Mother Grundy Truck Trail. This area is commonly used by illegal aliens attempting to further their illegal entry into the United States. Agent Toups approached the two individuals and identified himself as a United States Border Patrol Agent in both the Spanish and English language. Agent Toups asked each of the individuals of what country they were citizens or nationals of and whether or not they were in possession of any documents allowing them to legally enter or remain in the United States. The two individuals, including one later identified as the defendant **Pedro GUZMAN-Pineda**, stated they were citizens of Mexico and not in possession of any legal documents allowing them to be in the United States. The two individuals were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on July 24, 2008** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Executed on August 10, 2008 at 10:00 a.m.

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 8, 2008**, in violation of Title 8, United States Code, Section 1326.

Ruben B. Brooks
United States Magistrate Judge

8/10/2008 at 10:30 a.m.
Date/Time