```
                              FILED
                          08 AUG 20 PM 4:36
                          CLERK U.S. DISTRICT...
                          ...ERN DISTRICT OF CAL...

                          BY:          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2782 BEN

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. _____ |
| )  | |
| Plaintiff,  ) | I N D I C T M E N T |
| ) | |
| v.  ) | Title 8, U.S.C., Secs. 1326(a) |
| ) | and (b) - Deported Alien Found |
| PEDRO GUZMAN-PINEDA,  ) | in the United States |
| ) | |
| Defendant.  ) | |

The grand jury charges:

On or about August 8, 2008, within the Southern District of California, defendant PEDRO GUZMAN-PINEDA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

FAS:fer:San Diego
8/18/08

1  It is further alleged that defendant PEDRO GUZMAN-PINEDA was
2  removed from the United States subsequent to March 26, 2004.
3  DATED: August 20, 2008.

A TRUE BILL:

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
    For FRED SHEPPARD
    Assistant U.S. Attorney